Certificate Number: 05781-GAN-DE-041486332

Bankruptcy Case Number: 26-60934

05781-GAN-DE-041486332

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 25, 2026, at 9:13 o'clock AM PDT, Jessica Parcel completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: September 25, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President